MARGARET COYLE, Respondent, *v.* CHARLES NIES, Appellant.

(Submitted March 3, 1890; decided March 18, 1890.)

APPEAL from judgment of the General Term of the Supreme Court in the fifth judicial department, entered upon an order made the first Tuesday of January, 1887, which affirmed a judgment in favor of plaintiff entered upon a verdict, and affirmed an order denying a motion for a new trial.

*D. H. Bolles* for appellant.

*James G. Johnson* for respondent.

Agree to affirm ; no opinion.
All concur except BRADLEY and HAIGHT, JJ., not sitting.
Judgment affirmed.